HERTHA ZAPF, PLAINTIFF-PETITIONER, v. BOARD OF CHOSEN FREEHOLDERS, DEFENDANT-RESPONDENT.

See same case below: 87 *N. J. Super.* 426.

*Messrs. Pincus, Shamy & Sheehan* for petitioner.

*Messrs. Burton, Seidman, Burton & Quackenboss* for the respondent.

September 21, 1965.   Denied.

STANLEY J. BELTH, PETITIONER-RESPONDENT, v. ANTHONY FERRANTE & SON, INC. *ET. AL.*, RESPONDENT-PETITIONER.

See same case below: 88 *N. J. Super.* 9.

*Mr. Isidor Kalisch* for respondent-petitioner.

*Messrs. O'Brien, Brett & O'Brien* for petitioner-respondent.

September 21, 1965.   Granted.